Robert D. Phillips, Jr. (SBN 82639)
Eugenia S. Chern (SBN 215092)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:    +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Defendants Pacific International
Rice Mills, Inc. and Anheuser-Busch, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FOREMAN AND RASHEEDEH FOREMAN,<br><br>    Plaintiffs,<br><br>  vs.<br><br>PACIFIC INTERNATIONAL RICE MILLS, INC. AND ANHEUSER-BUSCH, INC.,<br><br>    Defendants. | Case No. 2:07-CV-01522-LKK-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT ANHEUSER-BUSCH, INC. WITHOUT PREJUDICE**<br><br>Honorable Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between plaintiffs Brandon Foreman and Rasheedeh Foreman and defendants Pacific International Rice Mills, Inc. and Anheuser-Busch, Inc., through their designated counsel that that the Court may make and enter its order dismissing defendant Anheuser-Busch, Inc. only without prejudice from the above-captioned action. Plaintiff reserves the right to reassert claims against Anheuser-Busch, Inc. if it determines in good faith that an evidentiary basis exists for such claims.

IT IS FURTHER STIPULATED THAT in exchange for plaintiffs' agreement to dismiss defendant Anheuser-Busch, Inc. without prejudice from this action, defendant Pacific International

/ / /

/ / /

– 1 –

1  Rice Mills, Inc. agrees to accept service of the Summons and Complaint in this action effective

2  August 8, 2007.

3

4  DATED:  August 9, 2007.          THE ARNS LAW FIRM

5

6              By    /s/ Morgan C. Smith
                  Robert S. Arns
7                 Morgan C. Smith
                  Attorney for Plaintiffs
                  Brandon Foreman and Rasheedeh Foreman
8

9  DATED:  August 9, 2007.

10              REED SMITH LLP

11

12              By    /s/ Robert D. Phillips, Jr.
                  Robert D. Phillips, Jr.
13                Eugenia S. Chern
                  Attorneys for Defendants
14                Pacific International Rice Mills, Inc.
                  and Anheuser-Busch, Inc.
15

16  **IT IS SO ORDERED.**

17

18  DATED:   August 10, 2007.

19

20              _____
                LAWRENCE K. KARLTON
21              SENIOR JUDGE
                UNITED STATES DISTRICT COURT
22

23

24

25

26

27

28

– 2 –

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF
DEFENDANT ANHEUSER-BUSCH, INC. WITHOUT PREJUDICE