UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON FOREMAN, et al.,

                        NO. CIV. S-07-1522 LKK/GGH

    Plaintiffs,

  v.

                        O R D E R

PACIFIC INTERNATIONAL RICE MILLS, INC.,

    Defendant.

                        /

    Pursuant to stipulation of the parties, this matter is REFERRED to the court's Voluntary Dispute Resolution Program (VDRP).

    IT IS SO ORDERED.

    DATED: October 2, 2007.

                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT