1  Robert D. Phillips, Jr. (SBN 82639)
   REED SMITH LLP
2  Two Embarcadero Center, Suite 2000
   San Francisco, CA  94111-3922
3
   **Mailing Address:**
4  P.O. Box 7936
   San Francisco, CA  94120-7936
5
   Telephone:    +1 415 543 8700
6  Facsimile:    +1 415 391 8269

7  Eugenia S. Chern (SBN 215092)
   REED SMITH LLP
8  1999 Harrison Street, Suite 2400
   Oakland, CA  94612-3572
9
   **Mailing Address:**
10 P.O. Box 2084
   Oakland, CA  94604-2084
11
   Telephone:    +1 510 763 2000
12 Facsimile:    +1 510 273 8832

13 Attorneys for Defendant
   Pacific International Rice Mills, Inc.

14

UNITED STATES DISTRICT COURT

15
EASTERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  BRANDON FOREMAN AND RASHEEDEH FOREMAN, | Case No. 2:07-CV-01522-LKK-GGH |
| 18                Plaintiffs, | **STIPULATION AND ORDER FOR WITHDRAWAL OF THIS ACTION FROM THE VOLUNTARY DISPUTE RESOLUTION PROGRAM** |
| 19       vs. | |
| 20  PACIFIC INTERNATIONAL RICE MILLS, INC. AND ANHEUSER-BUSCH, INC., | |
| 21                Defendants. | Honorable Lawrence K. Karlton |
| 22 | |

23

24       IT IS HEREBY STIPULATED by and between plaintiffs Brandon Foreman and Rasheedeh

25  Foreman and defendant Pacific International Rice Mills, Inc., through their designated counsel that

26  that the Court may make and enter its order withdrawing this action from the Court's Voluntary

27  Dispute Resolution Program (VDRP).  Having met and conferred regarding the list of potential

28  neutrals provided through VDRP, the parties have decided to pursue private mediation with a

– 1 –

STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF THIS ACTION FROM THE VOLUNTARY
DISPUTE RESOLUTION PROGRAM

mediator of their choosing located closer to the parties and their counsel.  The parties anticipate that they will complete mediation within the next 60 days after completion of pending discovery.  Accordingly, the parties respectfully request that the Court enter an order withdrawing this action from the VDRP program.

DATED:  November 16, 2007.

THE ARNS LAW FIRM

By    /s/ Morgan C. Smith
    Robert S. Arns
    Morgan C. Smith
    Attorney for Plaintiffs
    Brandon Foreman and Rasheedeh Foreman

DATED:  November 16, 2007.

REED SMITH LLP

By    /s/ Eugenia S. Chern
    Robert D. Phillips, Jr.
    Eugenia S. Chern
    Attorneys for Defendant
    Pacific International Rice Mills, Inc.

**IT IS SO ORDERED.**

DATED:  November 19, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

DOCSOAK-9891059.1