UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON FOREMAN and
RASHEEDEH FOREMAN,

        Plaintiffs,

   v.

PACIFIC INTERNATIONAL RICE
MILLS, INC.,

        Defendant.

                                /

NO. CIV. S-07-1522 LKK/GGH

O R D E R

    Defendant brings an ex parte motion to extend its time to complete discovery. It is established that defendants must show good cause to alter the schedule fixed in a scheduling order. A failure to timely perform duties required under the order is not good cause. In the instant case, defendant claims that it failed to complete discovery because of plaintiff's failure to provide information. The solution to that situation is a prompt motion to compel, not an amendment of the court's order. The motion is DENIED.

////

1

1     IT IS SO ORDERED.

2     DATED: June 27, 2008.

3

4

5                               LAWRENCE K. KARLTON
                                  SENIOR JUDGE

6                               UNITED STATES DISTRICT COURT

7

8

...

26