```
                    UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


BRANDON FOREMAN and
RASHEEDEH FOREMAN,

                                     NO. CIV. S-07-1522 LKK/GGH
        Plaintiffs,

    v.
                                            O R D E R
PACIFIC INTERNATIONAL RICE
MILLS, INC.,

        Defendant.
                                  /
```

The parties' request to extend the time for expert discovery by 45 days (until September 29, 2008) is GRANTED.

IT IS SO ORDERED.

DATED:  August 4, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1